35 So.3d 949 (2010)
Yougraj L. BEHARRY, Appellant,
v.
STATE of Florida, Appellee.
Nos. 5D08-2794, 5D09-962.
District Court of Appeal of Florida, Fifth District.
May 4, 2010.
Spencer Rhodes, of R. Spencer Rhodes, P.A., Orlando, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Anthony J. Golden, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See State v. Hanna, 858 So.2d 1248 (Fla. 5th DCA 2003).
MONACO, C.J., ORFINGER and JACOBUS, JJ., concur.